IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGETIX CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 22-846-RGA |
| v. | ) |
| | ) |
| ENERGETIX HEALTH INC., | ) |
| | ) |
| Defendant. | ) |

### REQUEST FOR ENTRY OF DEFAULT

Plaintiff Energetix Corporation ("Energetix"), by counsel and pursuant to Federal Rule of Civil Procedure 55(a), requests that the Court direct the Clerk to enter default against Defendant Energetix Health, Inc. ("Energetix Health"), for its failure to answer or otherwise respond to the Complaint before the applicable deadline.  In support of this Request, Energetix submits the Affidavit of Andrew C. Mayo, attached hereto as Exhibit A.

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
amayo@ashbygeddes.com

*Attorneys for Plaintiff*

*Of Counsel:*

Andrew D. Dorisio
C. Anne Stewart
DICKINSON WRIGHT PLLC
300 West Vine Street, Suite 1700
Lexington, KY  40507
(859) 899-8740

Dated:  October 21, 2022

{01848701;v1 }

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of October, 2022, the attached **REQUEST FOR ENTRY OF DEFAULT** was served upon the below-named registered agent at the address and in the manner indicated:

| | |
|---|---|
| Energetix Health Inc.<br>c/o Capitol Services, Inc. (registered agent)<br>108 Lakeland Avenue<br>Dover, DE 19901 | <u>VIA HAND DELIVERY</u> |

/s/ Andrew C. Mayo

Andrew C. Mayo

{01848701;v1 }