# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGETIX CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 22-846-RGA |
| v. | ) |
| | ) |
| ENERGETIX HEALTH INC., | ) |
| | ) |
| Defendant. | ) |

## AFFIDAVIT OF ANDREW C. MAYO

I, Andrew C. Mayo, being duly sworn, hereby depose and state as follows:

1. I make this statement based upon my personal knowledge of the facts set forth within and information provided by others to me.

2. I am currently an attorney with the firm Ashby & Geddes (the "Firm").

3. The Firm represents Plaintiff, Energetix Corporation ("Energetix"), in this action.

4. Defendant, Energetix Health, Inc. ("Energetix Health"), was served with the Complaint on June 22, 2022, via its Registered Agent, Capitol Services, Inc., 108 Lakeland Avenue, Dover, DE 19901.  An executed summons was filed with the Court that same day on June 22, 2022. (D.I. 6).  Therefore, Energetix Health was required to file its answer no later than July 13, 2022.  Energetix, however, never received an answer or other responsive pleading from Energetix Health.

5. Energetix then hired a process server to personally serve Energetix Health via one of its publicly stated principals, James Keppel or Heidi Schempf, with the Summons and Complaint and a copy of all documents then appearing on the docket. On July 22, 2022, the process server, Brenda Jones, served the aforementioned documents, including the Complaint

and Summons, on Energetix Health, Inc. in Weld County, CO at 1:29 p.m. at 313 54th Ave, Greeley, CO 80634 by leaving the documents with James Keppel who as CEO is authorized by appointment or by law to receive service of process for Energetix Health, Inc. This is reflected in Brenda Jones' Affidavit of Service filed with the Court (D.I. 9).

6.   As of the date of this Affidavit, the Firm has not received an answer or other responsive pleading from Energetix Health.

_____
ANDREW C. MAYO

STATE OF DELAWARE         )
                          )   SS:
COUNTY OF NEW CASTLE      )

The foregoing instrument was acknowledged before me this 21st day of October 2022, by Andrew C. Mayo.

_____
Notary Public
My Commission expires: 3/21/2024

{01848704;v1}                                   2