IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENERGETIX CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 22-846-RGA |
| v. | ) |
| | ) |
| ENERGETIX HEALTH INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

The record reflects the following Defendant failed to answer or otherwise respond in this case as required by law:

**Energetix Health, Inc.**

Therefore default is entered against the defendant as authorized by Federal Rule of Civil Procedure 55(a).

_____
Clerk, United States District Court
District of Delaware

{01848702;v1 }